IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA I. CHAMAZA CHICAIZA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-255-KC |
| § | |
| FACILITY ADMINISTRATOR, EL § | |
| PASO PROCESSING CENTER et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 19, 2026, Respondents informed the Court that Petitioner was granted release on a $5,000 bond, but that she had not yet posted bond. Resp'ts' Notice, ECF No. 7. That same day, Petitioner filed Notice, ECF No. 8, stating that her "family has made diligent efforts to post the bond through the CeBONDS system" but it "currently reflects that ICE has not yet approved the bond payment request." *Id.* at 1. "As a result, despite the Immigration Judge's order granting release, Petitioner remains detained solely due to administrative processing delays outside of her control." *Id.* Petitioner's counsel has contacted Respondents' counsel but "no response has been received." *Id.* at 2. However, the Court notes that bond was only granted on February 19 and the administrative process for posting and accepting bond is not immediate.

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** notice, **by no later than February 23, 2026**, stating whether she has been permitted to post bond and released.

**SO ORDERED**.

**SIGNED this 20th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE