IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA I. CHAMAZA CHICAIZA, § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-255-KC |
| § § | |
| FACILITY ADMINISTRATOR, EL PASO PROCESSING CENTER et al., § § § | |
| Respondents. § § | |

## ORDER

On this day, the Court considered the case. On February 19, 2026, Respondents informed the Court that Petitioner was granted release on a $5,000 bond, but that she had not yet posted bond. Resp'ts' Notice, ECF No. 7. That same day, Petitioner filed Notice, ECF No. 8, stating that her "family has made diligent efforts to post the bond through the CeBONDS system" but it "currently reflects that ICE has not yet approved the bond payment request." *Id.* at 1.

Petitioner has now informed the Court that she was permitted to post bond and has been released from custody. 2d Pet'r's Notice, ECF No. 10.

It appears that the only remaining matter to be resolved in this case is Petitioner's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 14, ECF No. 1; *see generally* Feb. 12, 2026, Order, ECF No. 5. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Petitioner wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 24th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE